Case 4:24-cv-02873   Document 30   Filed on 10/24/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
October 25, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GLEN DAVISON,

    Plaintiff,

v.

    C.A. No. 4:24-cv-2873
    Judge Keith P. Ellison

JSW STEEL (USA), INC.,

    Defendant.

_____/

## ORDER ON JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

On this day, came on to be heard the Joint Stipulation for Dismissal with Prejudice filed by the Parties **(ECF 29).**

IT IS ORDERED, that all claims asserted or that could have been asserted by Plaintiff, GLEN DAVISON, against Defendant, JSW STEEL (USA), INC., in this action are hereby dismissed, **with prejudice**, with each Party bearing their own attorney's fees and costs.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this the 24th day of October, 2024.

_____
Keith P. Ellison
United States District Judge